**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:26-cr-181-CEH-NHA**

**DESMIN TERRELL BELVIN, JR**

_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Desmin Terrell Belvin, Jr., in the above-styled cause.

The Clerk is requested to enter the appearance of A. Fitzgerald Hall, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Ryan Maguire, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 28th day of May, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, ESQ.
FEDERAL DEFENDER

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Assistant Federal Defender
Florida Bar No. 0137138
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Email:Alec_Hall@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jeffrey Chang, AUSA

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Assistant Federal Defender